**Robert HAYES, Plaintiff–Appellant,**

v.

**Ronald S. POLOTSKY; Maryland General Hospital, Incorporated; Lorien Nursing & Rehabilitation Center, Defendants–Appellees.**

No. 03–1538.

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2003.

Decided June 3, 2003.

Robert Hayes, Appellant Pro Se.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Robert Hayes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See*

*Hayes v. Polotsky,* No. CA–03–983–AMD (D. Md. filed Apr. 14, 2003; entered Apr. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.